John W. Huber
GREENBERG TRAURIG LLP
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: (801) 478-6915
john.huber@gtlaw.com

LEE STEIN (*pro hac vice*)
MITCHELL, STEIN, CAREY, CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, Arizona 85004
Telephone: (602) 358-0292
lee@mscclaw.com

*Attorneys for Defendant Charles Robert Brewer*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  CHARLES ROBERT BREWER,  Defendant. | UNOPPOSED MOTION FOR EXTENSION OF BOP REPORT DATE  Case: 2:21-cr-00248-TC-DBP  Judge Tena Campbell  Magistrate Judge Dustin B. Pead |

Defendant Charles Brewer, by and through his counsel, respectfully moves for an extension of the Bureau of Prison ("BOP") report date, and states as follows:

The Court may recall that Defendant is enduring specialized post-surgical therapy. Dr. John Sico, Jr., PT, DPT and Dr. Tiffany Grave Perry, MD, FAANS have supplied expert medical advisement that Mr. Brewer continue with his specialized post-surgery therapy for approximately twelve (12) additional weeks. These letters are

attached hereto as **Exhibit A** and **Exhibit B**.

The United States does not object to this request. Todd C. Burton, Assistant United States Attorney, requested that this statement be included in this unopposed motion:

> I understand from the letters from Mr. Brewer's medical providers that Mr. Brewer needs the "additional neuro-intensive physical therapy" in order "to maintain his current level of function and to reduce risk of decreased function level." (Letter from Tiffany Grace Perry, MD, FAANS dated 8/23/23; Letter from John Sico, Jr., PT, DPT dated 8/25/23).
>
> Under the circumstances, the United States would not object to a request for continuance of Mr. Brewer's surrender date until after November 17, 2023-which would be 12 weeks from the 8/25/23 letter from DPT Sico. This would allow Mr. Brewer to receive the additional medical care his medical providers claim he needs. However, the United States believes that any delayed surrender date should not fall any later than December 1, 2023.

Based on medical opinions and no objection from the United States Attorney's Office, it is respectfully requested that the BOP report date be updated to no earlier than November 17, 2023, and no later than December 1, 2023.

Presently, there is a BOP reporting date of September 25, 2023.

DATED: September 12, 2023

                                                */s/John W. Huber*
                                                John W. Huber
                                                GREENBERG TRAURIG LLP

## **CERTIFICATE OF SERVICE**

I hereby certify that on 12 September 2023 a true and correct copy of the foregoing was filed with the Court's electronic filing system and thereby served on counsel of record:

TODD C. BOUTON
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF UTAH
Email: todd.bouton@usdoj.gov

*/s/Lindsey A. Wharton*